# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of December, two thousand and fourteen.

Before:     Ralph K. Winter,
                  *Circuit Judge*.

_____

Diba Family Limited Partnership, 170 East 75th LLC,
    Plaintiffs-Appellants,

                                          **ORDER**
    v.                                            Docket No. 14-4337

David Ross, Helen Werngren-Ross,
    Defendants-Appellees.

_____

    Appellants move for an extension of time until January 30, 2015 to file a brief.

    IT IS HEREBY ORDERED that the motion is GRANTED. However, the appeal is dismissed effective January 30, 2015 unless a brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order. See RLI Ins. Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013). Appellees' response brief shall be due on March 6, 2015, and any reply brief shall be filed by March 20, 2015.

                                                                          For the Court:
                                                                          Catherine O'Hagan Wolfe,
                                                                          Clerk of Court

